IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VARUN PAUL,

    Plaintiff,

  v.

PG&E CORPORATION, et al.,

    Defendants.

_____/

No. C 09-04751 JSW

**ORDER VACATING CASE MANAGEMENT CONFERENCE AND EXTENDING DEADLINE FOR CLOSE OF FACT DISCOVERY**

The Court has received and considered the parties' Supplemental Joint Case Management Conference Statement, and HEREBY VACATES the further joint case management conference scheduled for April 30, 2010 at 1:30 p.m. The Court GRANTS the parties' request to continue the deadline to complete fact discovery from October 1, 2010 to November 1, 2010. The Court appreciates the parties' efforts to cooperate and resolve this matter short of trial.

**IT IS SO ORDERED.**

Dated: April 26, 2010

                                              JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE