IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VARUN PAUL, | No. C 09-04751 JSW |
| Plaintiff, | **ORDER OF REFERRAL** |
| v. | |
| PG&E CORPORATION, | |
| Defendants. | |

Pursuant to Northern District Civil Local Rule 72-1, the Court HEREBY REFERS the discovery dispute set forth in the parties' joint letter brief, filed on August 12, 2010, and all future discovery disputes to a randomly assigned Magistrate Judge for resolution. If the parties have not received an assignment within fourteen (14) days, please contact this Court's Courtroom Deputy, Jennifer Ottolini, at 415-522-4173.

**IT IS SO ORDERED.**

Dated: August 13, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Susan Imbriani