LAW OFFICES OF SPENCER F. SMITH
DOW W. PATTEN, ESQ. Of Counsel, SBN 135931
353 Sacramento St., Suite 1120
San Francisco, California 94111
Telephone (415) 520-6950
Facsimile (415) 520-0104
Email: dow.patten@gmail.com

Attorneys for Plaintiff VARUN PAUL

STEPHEN L. SCHIRLE, SBN 96085
Pacific Gas and Electric Company Law Department
P.O. Box 7442
San Francisco, CA 94120
Telephone: (415) 973-5357
Facsimile: (415) 973-5520
Email: SLSw@pge.com

KATE DYER, SBN 171891
NICOLE HOWELL NEUBERT, SBN 246078
CLARENCE & DYER LLP
899 Ellis Street
San Francisco, CA 94109
Tel: (415) 749-1800
Fax: (415) 749-1694
Email: kdyer@clarencedyer.com

Attorneys for Defendants
PG&E CORPORATION and
PACIFIC GAS AND ELECTRIC COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VARUN PAUL, an individual, | Case No. 3:09-cv-04751-JSW |
| Plaintiff, | [PROPOSED] ORDER REVISING PRE-TRIAL DATES AS MODIFIED HEREIN |
| v. | [Civil Local Rules 7-1(a)(4) and 7-11] |
| PG&E CORPORATION, a California Corporation, PACIFIC GAS AND ELECTRIC COMPANY, a California Corporation, and DOES 1-10, individually, et al., | [JSW Civil Standing Order No. 3] |
| Defendants. | |

Having reviewed the parties' Joint Motion for Administrative Relief to Revise Pre-Trial Dates, and finding good cause to make the requested revisions, the Court hereby sets the following pre-trial dates:

<u>Event</u>                                                        <u>Date</u>

Close of Non-expert Discovery:                    February 1, 2011

Last Day to Hear Dispositive Motions:         February 28, 2011

Last Day for Expert Disclosure:                     February 21, 2011

Last Day for Expert Discovery:                      March 21, 2011

Pretrial Conference:                                          ~~April 4, 2011 (no change)~~ May 2, 2011 2:00 p.m.

Jury Trial Date:                                                   ~~April 25, 2011 (no change)~~ May 23, 2011 8:00 a.m.

IT IS SO ORDERED.

Under the Court's Guidelines for civil jury trials, if the Court maintained the pretrial conference and trial dates, the parties' pretrial filings would be due on the date expert discovery closes. Accordingly, the Court has *sua sponte* continued the pretrial and trial dates.

Dated:
      August 31, 2010

_____
THE HONORABLE JEFFREY S. WHITE
U.S. DISTRICT COURT JUDGE