**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VARUN PAUL, | No.  C 09-04751 JSW |
| Plaintiff, | **ORDER OF RECUSAL** |
| v. | |
| PG&E CORPORATION, | |
| Defendants._____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

I, the undersigned judge of the court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of paragraph E.2 of the Assignment Plan.

**IT IS SO ORDERED.**

Dated:   October 12, 2010

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE