1  PATRICIA K. GILLETTE (STATE BAR NO. 74461)
   pgillette@orrick.com
2  BROOKE D. ARENA (STATE BAR NO. 238836)
   barena@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
4  405 Howard Street
   San Francisco, CA  94105-2669
5  Telephone:    +1-415-773-5700
   Facsimile:    +1-415-773-5759
6
   Attorneys for Defendants
7  PG&E CORPORATION and PACIFIC GAS
   AND ELECTRIC COMPANY
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12 | VARUN PAUL,                          | Case No.  C09-4751 ~~JSW (EMC)~~  VRW
13 |                Plaintiff,            | **NOTICE OF SUBSTITUTION OF COUNSEL AND [~~PROPOSED~~] ORDER**
14 |          v.                          |
15 | PG&E CORPORATION, a California       |
   | Corporation, PACIFIC GAS AND         |
16 | ELECTRIC COMPANY, a California       |
   | Corporation, and DOES 1-10, individually, et
17 | al.                                  |
18 |                Defendants.           |

1  Defendants PG&E Corporation and Pacific Gas and Electric Company hereby
2  substitute the firm of Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard
3  Street, San Francisco, CA 94105, telephone number (415) 773-5700, as their counsel of record
4  herein in place of Clarence & Dyer LLP, 800 Ellis Street, San Francisco, CA, 94109, telephone
5  number (415) 749-1800.

Dated: October 8, 2010

Stephen L. Schirle
PACIFIC GAS AND ELECTRIC COMPANY
LAW DEPARTMENT

We accept the above substitution.

Dated: October 8, 2010

Patricia K. Gillette
ORRICK, HERRINGTON & SUTCLIFFE LLP

We accept the above substitution.

Dated: October 8, 2010

Kate Dyer
CLARENCE & DYER LLP

**IT IS SO ORDERED.**

Dated: ~~October~~ ~~, 2010~~

11/5/2010

Judge Vaughn R Walker

SUBSTITUTION OF COUNSEL
AND [PROPOSED] ORDER
C09-4751 JSW (EMC)

- 1 -