*E-Filed 11/10/10*

| | |
|---|---|
| 1 | PATRICIA K. GILLETTE (STATE BAR NO. 74461)<br>pgillette@orrick.com |
| 2 | BROOKE D. ARENA (STATE BAR NO. 238836)<br>barena@orrick.com |
| 3 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building |
| 4 | 405 Howard Street<br>San Francisco, CA  94105-2669 |
| 5 | Telephone:   +1-415-773-5700<br>Facsimile:    +1-415-773-5759 |
| 6 | |
| 7 | Attorneys for Defendants<br>PG&E CORPORATION and PACIFIC GAS<br>AND ELECTRIC COMPANY |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 12 | VARUN PAUL, | Case No.  C09-4751 J̶S̶W̶ (EMC) **RS** |
| 13 | Plaintiff, | **NOTICE OF SUBSTITUTION OF COUNSEL AND [P̶R̶O̶P̶O̶S̶E̶D̶]** |
| 14 | v. | **ORDER** |
| 15 | PG&E CORPORATION, a California Corporation, PACIFIC GAS AND | |
| 16 | ELECTRIC COMPANY, a California Corporation, and DOES 1-10, individually, et | |
| 17 | al. | |
| 18 | Defendants. | |

Defendants PG&E Corporation and Pacific Gas and Electric Company hereby substitute the firm of Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, CA 94105, telephone number (415) 773-5700, as their counsel of record herein in place of Clarence & Dyer LLP, 800 Ellis Street, San Francisco, CA, 94109, telephone number (415) 749-1800.

Dated: October 8, 2010

_____
Stephen L. Schirle
PACIFIC GAS AND ELECTRIC COMPANY
LAW DEPARTMENT

We accept the above substitution.

Dated: October 8, 2010

_____
Patricia K. Gillette
ORRICK, HERRINGTON & SUTCLIFFE LLP

We accept the above substitution.

Dated: October 8, 2010

_____
Kate Dyer
CLARENCE & DYER LLP

IT IS SO ORDERED.

Dated: ~~October~~ November 10, 2010

_____
The Honorable ~~Jeffrey S. White~~ Richard Seeborg
United States District Court Judge

SUBSTITUTION OF COUNSEL
AND [~~PROPOSED~~] ORDER
C09-4751 JSW (EMC)

- 1 -