**\*\*E-filed 5/27/11\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VARUN PAUL, | No. C 09-4751 RS |
| Plaintiff, | **ORDER RE SCHEDULING MATTERS** |
| v. | |
| PG&E CORPORATION, et al., | |
| Defendants. | |

Good cause appearing, the deadline for hearing dispositive motions is continued to August 25, 2011, pending further order of Court. The parties shall appear for a further Case Management Conference at 10:00 a.m. on June 23, 2011, with an updated joint Case Management Conference Statement to be filed one week in advance. The parties shall meet and confer, preferably in person, but at a minimum, telephonically, to attempt to reach an agreement on a revised Case Management schedule, prior to filing the statement. To the extent the parties are unable to come to agreement on any outstanding discovery issues within two weeks of the date of this order, they shall present their disputes to the assigned magistrate judge. Defendants' motion to shorten time and motion to amend the scheduling order and appoint a discovery referee are otherwise denied, without prejudice.

IT IS SO ORDERED.

DATE: 5/27/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

1