*E-Filed 6/14/11*

1  STEPHEN L. SCHIRLE (State Bar No. 96085)
   SLSw@pge.com
2  PACIFIC GAS AND ELECTRIC COMPANY
   77 Beale Street, B30A
3  San Francisco, CA 94105
   Telephone:   +1-415-973-5357
4  Facsimile:   +1-415-973-5520

5  PATRICIA K. GILLETTE (State Bar No. 74461)
   pgillette@orrick.com
6  BROOKE D. ARENA (State Bar No. 238836)
   barena@orrick.com
7  LENA P. RYAN (State Bar No. 258782)
   lenaryan@orrick.com
8  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
9  405 Howard Street
   San Francisco, CA  94105-2669
10 Telephone:   +1-415-773-5700
   Facsimile:   +1-415-773-5759
11
   Attorneys for Defendant
12 PACIFIC GAS AND ELECTRIC COMPANY

13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                         SAN FRANCISCO DIVISION

17

| 18 | VARUN PAUL, an individual, | Case No.  3:09-cv-04751-RS |
|---|---|---|
| 19 | Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| 20 | v. | |
| 21 | PG&E CORPORATION, a California Corporation, PACIFIC GAS AND | Date:   June 23, 2011 |
| 22 | ELECTRIC COMPANY, a California Corporation, and DOES 1-10, individually, | Time:   10:00 a.m. Courtrm: 3 |
| 23 | et al., | Judge:   The Hon. Richard Seeborg |
| 24 | Defendants. | |

1     Pursuant to Civil Local Rule 6-2 and 7-12, Plaintiff Varun Paul and Defendant Pacific Gas
2 and Electric Company, by and through their respective counsel of record, hereby submit this
3 Stipulation and Proposed Order seeking a one-week continuance of the Case Management
4 Conference currently scheduled for June 23, 2011.
5     WHEREAS, the Court's May 27, 2011 Order Re Scheduling Matters set a further Case
6 Management Conference in this matter for June 23, 2011, at 10:00 a.m.;
7     WHEREAS, Defendant's counsel is unavailable on June 23, 2011 due to a previously-
8 scheduled mediation hearing in another matter;
9     WHEREAS, Defendant's counsel and Plaintiff's counsel are both available on June 30,
10 2011 at 10:00 a.m. and amenable to continuing the Case Management Conference to that date;
11     WHEREAS, the one-week continuance of the Case Management Conference will not
12 affect any other dates and deadlines in this matter, with the exception of the parties' deadline to
13 submit a Joint Case Management Conference Statement, which will be due one week prior to the
14 Case Management Conference;
15     THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:
16     The further Case Management Conference, presently scheduled for June 23, 2011, is
17 continued to June 30, 2011, at 10:00 a.m., or as soon thereafter as the Court's schedule will allow.
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

- 1 -

1  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2  Dated: June 14, 2011                          PATRICIA K. GILLETTE
                                                 BROOKE D. ARENA
3                                                LENA P. RYAN
                                                 ORRICK, HERRINGTON &
4                                                SUTCLIFFE LLP

5

6                                                By:     */s/ Brooke D. Arena*
                                                         BROOKE D. ARENA
7                                                        Attorneys for Defendant
                                                         PACIFIC GAS AND ELECTRIC
8                                                                COMPANY

9

10 Dated: June 14, 2011                          LAW OFFICES OF SPENCER F.
                                                 SMITH
11                                               SPENCER F. SMITH
                                                 DOW W. PATTEN
12

13

14

15

16                                               By:      */s/ Spencer F. Smith*
                                                          SPENCER F. SMITH
17                                                        Attorneys for Plaintiff
                                                              VARUN PAUL
18

19

20                                  **ORDER**

21 PURSUANT TO STIPULATION, IT IS SO ORDERED.

22    The further Case Management Conference is continued to June 30, 2011, at 10:00 a.m.

23

24 Dated:  6/14/11
                                                 _____
25                                               The Honorable Richard Seeborg
                                                 United States District Judge
26

27

28
                                       - 2 -
                                                 JOINT STIPULATION AND [PROPOSED] ORDER TO
                                                 CONTINUE CASE MANAGEMENT CONFERENCE
                                                 (CASE NO. 3:09-CV-04751-RS)