United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VARUN PAUL,

    Plaintiff,

  v.

PG&E CORPORATION,

    Defendant.
_____/

No. C 09-04751 RS (JSC)

**ORDER RE JUNE 17, 2011 HEARING ON DISCOVERY DISPUTES**

On June 17, 2011, the Court held a hearing regarding the discovery disputes raised in the parties' June 10, 2011 letter brief. Having considered the issues raised in the joint letter brief and the arguments of the parties, the Court hereby ORDERS:

On or before July 1, 2011, Plaintiff shall have the opportunity to review the FCM/OpenPages database during the hours of 9:00 a.m. to 5:00 p.m. A PG&E representative may be present during this database review.

Defendant shall respond to Plaintiff's Request for the Production of Documents Nos. 2, 6, 7 and 10 in conjunction with its production of documents responsive to Plaintiff's Fifth Set of Requests for the Production of Documents.

Defendant shall provide a verified formal response to Plaintiff's Request for the Production of Documents Nos. 21-22.

With respect to Plaintiff's Request for the Production of Documents No. 26, the parties shall provide further briefing. Plaintiff shall file the opening brief regarding the hard

drive dispute, not to exceed 10 pages, by June 24, 2011.  Defendant shall file a response, not to exceed 10 pages, by July 12, 2011.  Plaintiff may file a reply, not to exceed 5 pages, by July 15, 2011.  The Court will set a hearing if necessary.

**IT IS SO ORDERED.**

Dated: July 8, 2011

JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

2