1  See next page for listing of counsel
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                  NORTHERN DISTRICT OF CALIFORNIA
10                      SAN FRANCISCO DIVISION
11

| 12 | VARUN PAUL, an individual, | Case No.  3:09-cv-04751-RS-JSC |
|---|---|---|
| 13 | Plaintiff, | **JOINT PROPOSED CASE MANAGEMENT SCHEDULE AND [~~PROPOSED~~] ORDER RE SCHEDULING** AS MODIFIED BY THE COURT |
| 14 | v. | |
| 15 | PG&E CORPORATION, a California Corporation, PACIFIC GAS AND ELECTRIC COMPANY, a California Corporation, and DOES 1-10, individually, et al., | Judge:    Hon. Richard Seeborg |
| 16 | | |
| 17 | | |
| 18 | Defendants. | |
| 19 | | |

20
21
22
23
24
25
26
27
28

| | |
|---|---|
| 1 | SPENCER F. SMITH (State Bar No. 236587)<br>DOW W. PATTEN (State Bar No. 135931) |
| 2 | LAW OFFICES OF SPENCER F. SMITH<br>353 Sacramento Street, Suite 1120 |
| 3 | San Francisco, CA 94111<br>Telephone:     +1-415-520-6950 |
| 4 | Facsimile:     +1-415-520-0104 |
| 5 | Attorneys for Plaintiff<br>VARUN PAUL |
| 6 | |
| 7 | STEPHEN L. SCHIRLE (State Bar No. 96085)<br>SLSw@pge.com |
| 8 | PACIFIC GAS AND ELECTRIC COMPANY<br>77 Beale Street, B30A |
| 9 | San Francisco, CA 94105<br>Telephone:     +1-415-973-5357 |
| 10 | Facsimile:     +1-415-973-5520 |
| 11 | PATRICIA K. GILLETTE (State Bar No. 74461)<br>pgillette@orrick.com |
| 12 | BROOKE D. ARENA (State Bar No. 238836)<br>barena@orrick.com |
| 13 | LENA P. RYAN (State Bar No. 258782)<br>lenaryan@orrick.com |
| 14 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building |
| 15 | 405 Howard Street<br>San Francisco, CA  94105-2669 |
| 16 | Telephone:     +1-415-773-5700<br>Facsimile:     +1-415-773-5759 |
| 17 | Attorneys for Defendants |
| 18 | PACIFIC GAS AND ELECTRIC COMPANY<br>AND PG&E CORPORATION |

JOINT PROPOSED CASE MANAGEMENT SCHEDULE
AND [P~~ROPOS~~ED] ORDER RE SCHEDULING
3:09-cv-04751-RS-JSC

1    On June 30, 2011, the parties to the above-entitled action, by and through their respective

2 counsel of record, appeared before the Court at a Case Management Conference.  The Court set

3 this action for trial on August 27, 2012 and directed the parties to meet and confer and submit a

4 joint proposed schedule for other dates and deadlines in this action.

5    The parties have met and conferred and agree on the following joint proposed case

6 management schedule:

| | |
|---|---|
| Close of Non-Expert Discovery: | March 9, 2012 |
| Last day to hear Non-Expert Discovery Motions: | April 10, 2012 |
| Last Day to Hear Dispositive Motions: | May ~~15~~ 17, 2012 |
| Plaintiff's Disclosure of Experts: | May 31, 2012 |
| Defendant's Disclosure of Experts: | June 11, 2012 |
| Close of Expert Discovery | July 13, 2012 |
| Joint Pretrial Statement: | July 25, 2012 |
| Pre-Trial Conference: | August ~~9~~ 16, 2012 |
| Trial: | August 27, 2012 |

Dated: July 11, 2011

SPENCER F. SMITH
DOW W. PATTEN
LAW OFFICES OF SPENCER F. SMITH

By:       */s/ Dow W. Patten*
          Dow W. Patten
        Attorneys for Plaintiff
            Varun Paul

- 1 -

JOINT PROPOSED CASE MANAGEMENT SCHEDULE
AND [~~PROPOSED~~] ORDER RE SCHEDULING
3:09-cv-04751-RS-JSC

Dated: July 11, 2011

PATRICIA K. GILLETTE
BROOKE D. ARENA
LENA P. RYAN
ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ Brooke D. Arena*
Brooke D. Arena
Attorneys for Defendants
Pacific Gas and Electric Company
and PG&E Corporation

## ORDER

After considering the Joint Proposed Case Management Schedule submitted by the parties and good cause appearing, IT IS HEREBY ORDERED THAT the case schedule shall proceed as follows:

| | |
|---|---|
| Close of Non-Expert Discovery: | March 9, 2012 |
| Last day to hear Non-Expert Discovery Motions: | April 10, 2012 |
| Last Day to Hear Dispositive Motions: | May ~~15~~ 17, 2012 |
| Plaintiff's Disclosure of Experts: | May 31, 2012 |
| Defendant's Disclosure of Experts: | June 11, 2012 |
| Close of Expert Discovery | July 13, 2012 |
| Joint Pretrial Statement: | July 25, 2012 |
| Pre-Trial Conference: | August ~~9~~ 16, 2012 |
| Trial: | August 27, 2012 |

Dated: 7/12/11

*[signature]*
The Honorable Richard Seeborg
United States District Judge