IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VARUN PAUL,

    Plaintiff,

v.

PG&E CORPORATION,

    Defendant.

No. C 09-04751 RS (JSC)

**ORDER RE PARTIES' JULY 14 LETTER**

    The Court is in receipt of the parties' joint letter dated July 14, 2011. While it was the Court's understanding that Plaintiff's counsel's review of the database would take place at Defendant's office, Plaintiff has not articulated any prejudice from conducting the review at Defendant's counsel's office. Accordingly, the review shall occur between 9 a.m. and 5 p.m. at the office of Defendant's counsel.

    With respect to the presence of Defendant's counsel during the review, the Court understands Plaintiff's concerns about attorney work product. The Court similarly understands Defendant's concerns about communications between Defendant's counsel and a PG&E representative without the presence of Defendant's counsel. Defendant's counsel shall be allowed in the room during Plaintiff's review, but any monitoring of the database to ensure Plaintiff's counsel's access to only the relevant areas of the database must be performed by a PG&E representative, and not Defendant's counsel. In other words,

Defendant's counsel shall not "watch over Plaintiff's counsel's shoulder during the review."

Plaintiff's counsel shall be given access to the database between 9:00 a.m. and 5:00 p.m. regardless of the availability of Defendant's counsel and/or a PG&E representative, and the review *shall* take place on or before July 22, 2011.

**IT IS SO ORDERED.**

Dated: July 15, 2011

JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

2